**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7114

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FERNANDO MIGUEL NUNEZ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-cr-00262-D-1)

Submitted:  June 15, 2023                                 Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fernando Miguel Nunez, Appellant Pro Se. Michael Bredenberg, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fernando Miguel Nunez appeals the district court's order denying his motion for compassionate release.   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.   *United States v. Nunez*, No. 5:08-cr-00262-D-1 (E.D.N.C. Sept. 1, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*